# Exhibit A





# Exhibit B

7:30 🔕



viewmaniac.com

# VM/AGENCY



# $1,450

## HOLLYWOOD UNLOCKED PRESS PLACEMENT

Exclusive press placement on **Hollywood Unlocked**

# Exhibit C

7:14



+1 (937) 588-9666

Text Message • SMS
Today 6:39 PM

You ugly bitch. You not dead yet you loser.





The sender is not in your contact list.

**Report Message**

Text Message • SMS

# Exhibit D

All    Images    News    Videos    Short videos    Shopping    Forums    ⋮ More                    Tools

✦ An AI Overview is not available for this search

---

 Instagram · nvonleh
80+ likes · 4 months ago    ⋮

**Alex Yam, you have a lot of explaining to do?? From ...**

**Alex Yam,** you have a lot of explaining to do?? From collectively working with Shanghai Sharks to forge documents.

 Instagram · hollywoodunlocked
990+ likes · 1 week ago    ⋮

**Alex Yam, a Chinese-American agent based in California, ...**

**Alex Yam, a Chinese-American agent based in California,** allegedly engaged in corrupt practices by stealing money from Noah Vonleh's contract ...

 LinkedIn · Alex Yam
130+ followers    ⋮

**Alex Yam - Los Angeles, California, United States**

**Microsoft Software and Systems Academy Graduate** · Proven and effective team leader with a focus on retaining clients and digesting customer feedback.

 RealGM
https://basketball.realgm.com › info › Alex-Yam    ⋮

**Alex Yam Client List**

**Agent:** Abankwa, Jeffrey Abdat, Adam Abdelmassih, Matt Aberdeen, Barry Abraham, Jalen Abufarie, Hend Adams, Aaron Adams, Billy Adams, Deion Adhepeau, Julien ...

# Exhibit E



alex yam agent

  

  

**Alex Yam - Los Angeles, California, United States**

**Microsoft Software and Systems Academy Graduate** · Proven and effective team leader with a focus on retaining clients and digesting customer feedback.

 Instagram · hollywoodunlocked
990+ likes · 1 week ago

**Alex Yam, a Chinese-American agent based in California, ...**

**Alex Yam, a Chinese-American agent based in California**, allegedly engaged in corrupt practices by stealing money from Noah Vonleh's contract ...

 Threads · @nvonleh
3 likes · 3 weeks ago

**Corrupt Chinese American agent Alex Yam orchestrated ...**

**Corrupt Chinese American agent Alex Yam** orchestrated an agreement with the Shanghai Sharks of the Chinese Basketball Association to funnel ...

 Bold.pro
https://ca.bold.pro › alex-yam

**Alex Yam - Demand Growth Team - Fanatics**

Affiliations · **Certified FIBA Agent - Basketball** · CBA Certified Agent - Chinese Basketball Association · Notary Public ...

 Threads · @nvonleh
3 likes · 3 weeks ago

**Alex Yam, a Chinese-American agent based in California ...**

**Alex Yam, a Chinese-American agent based in California**, engaged in corrupt practices by stealing money from my contract during my first ...

# Exhibit F

Alex Yam 🐍 ✓  February 3

# Corrupt Agent



FIBA Agent: **Alex YAM**

USA 🇺🇸

Licence number: 2010022671

Company:    Elite Legend Sports
Address:    Room 519 Building No.11 Shuanghuayuan Nanli II Rsidential Chaoyang District Beijing - China
Office tel.:    +1 714 362 9058
Office mobile: +1 714 248-3378
Office email:    alex.yam@gmail.com

**Known for Stealing Money
Forging Documents
Illegal Activity with Passports**

Send message...

# Exhibit G

**Alex Yam** 🐍 ✓ February 4

Alex Yam



Known for stealing money
Forging Documents
Doing illegal activity with Passports

Send message...

# Exhibit H

9:12

Alex Yam · December 5, 2024



**REPRESENTATIVES FEES AGREEMENT**

**经纪费协议**

甲 方: 上海久事篮球俱乐部有限公司 (以下简称 "甲方" 或 "俱乐部")

**Party A: Shanghai Juss Basketball Club Co., Ltd. ("Party A" or "Club")**

法定代表人: 樊建林

**Legal Representative: Mr. Fan Jianlin**

住 址: 上海市浦东新区泳耀路 300 号东方体育大厦 12 楼 05 室

**Address: Room 05, 12F, Dongfang Sports Mansion, No.300 Yongyao Road, Pudong District, Shanghai 200125, China**

联系人: 许翀

**Contact Person: Mrs. Xuchong**

电 话: +86-021-62483100

**Telephone: +86-021-62483100**

乙 方: 诺阿·冯莱 (以下简称 "乙方" 或 "球员")

**Party B: Noah Yeeloe Vonleh ("Party B" or "Player")**

国 籍: 美国



**Party C 1:  Shanghai Nasika Enterprise Management Consulting Center (Limited Partnership)**

1 / 8



Send message...

# Exhibit I



**Exhibit J**



9:14

NVONLEH
**Posts**

Follow

nvonleh ✓            •••

1/3

❤   💬 13   ✈                    🔖

Liked by **jusrubin** and **others**
**nvonleh** Corrupt CBA Agent Big Three. Be careful with this group if you sign in China. They are known for devising a plan with your American agent or agents to screw you out of…  **more**

November 2, 2024

nvonleh ✓            •••
🎵 The Notorious B.I.G. · Warning (2007 Remaster) Ⓔ

1/7

# Exhibit K



9:12

nvonleh ✓ · 8m

**Crook**



FIBA Agent:   **Alex YAM**

USA 🇺🇸

Licence number:   2010022671

Company:       Elite Legend Sports
Address:        Room 519 Building No.11 Shuanghuayuan
Nanli II Rsidential Chaoyang District Beijing - China
Office tel.:     +1 714 362 9058
Office mobile: +1 714 248-3378
Office email:    alex.yam@gmail.com



Send message...

# Exhibit L





# Exhibit M



# Exhibit N



Liked by **magnadondada** and **others**
**nvonleh** Pensack Sports, y'all know all the information about what's going on with the CBA deals and can let me know what other agents are trying to do, but mean to tell me y'all had no idea Alex Yam, Michael Liu, Zhang Jiji, and Shanghai Sharks were forging documents to steal agency fees to pay companies with money that should of went to my account?

December 1, 2024



# Exhibit O

1:48

## Posts
nvonleh



I'm meeting with Shanghai coach now. He said he talked to you briefly earlier today. Working on what's next with them

Yeah him and the translator

Bet

Liked by **kendrickjgray** and **others**
**nvonleh** Pensack Sports, y'all can set up meetings and be in contact with the sharks when it's convenient for y'all. But when I asked y'all to follow up to get tax certificates, my playoff bonus money etc it can't be done. Why did y'all allow Alex Yam/Shanghai Sharks to forge my initials on documents to steal the agency fees?

December 1, 2024



nvonleh ✔